IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAY 11 PM 2:48

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 407-006 |
| | * | |
| JOSHUA MICHAEL HADDEN | * | |

## O R D E R

Before the Court in the captioned case is Defendant Joshua Michael Hadden's request to terminate his term of supervised release. On September 6, 2007, Hadden was sentenced to serve 151 months in prison and four years of supervised release following his plea of guilty to possession with intent to distribute a quantity of cocaine base and a quantity of cocaine hydrochloride, a violation of 21 U.S.C. § 841(a)(1).

Hadden has been under the supervision of this district's Probation Office since his release on August 10, 2018. Hadden has adjusted quite favorably to supervised release. He has complied with the mandatory conditions of release, has negative urine samples, and up until November 2019, maintained active employment. Hadden is currently enrolled in a commercial truck driving program. Commendably, Hadden has also paid the entirety of his criminal monetary obligations.

Nevertheless, the Court cannot ignore Hadden's status as a career offender and the nature of his offenses. Based upon his

criminal history, both the Government and Hadden's supervising probation officer oppose early termination.  Upon considering the factors of 18 U.S.C. § 3553(a), the Court concludes that the community at large and Hadden himself will benefit from continued supervision.

Upon the foregoing, Hadden's motion for early termination of supervised release (doc. 101) is **DENIED** without prejudice to Hadden to re-file once he has served three years of supervised release.

**ORDER ENTERED** at Augusta, Georgia, this _1st_ day of May, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA